HERTER *v.* CITY OF DETROIT.

GARNISHMENT—WILL NOT LIE TO COMPEL CITY TO PAY JUDGMENT
—MANDAMUS PROPER REMEDY.

> Under 3 Comp. Laws 1915, § 12970, the method of collect-
> ing judgments against cities is by mandamus to compel
> the proper city authorities to spread the tax to pay them,
> and therefore garnishment proceedings for such purpose
> will not lie.

Certiorari to Wayne; Jayne (Ira W.), J.   Sub-
mitted April 13, 1928.   (Docket No. 132, Calendar No.
33,681.)   Decided June 4, 1928.

Case by George Herter against the city of Detroit
for personal injuries.   Judgment for plaintiff:   On
motion of defendant to dismiss a writ of garnishment.
From an order denying the motion, defendant brings
certiorari.   Reversed.

*Clarence E. Wilcox, Clarence E. Page,* and *Hazen J.
Payette,* for appellant.

*Bresnahan & Groefsema,* for appellee.

POTTER, J.   Plaintiff recovered a judgment of
$10,000 against the city of Detroit.   He brought
garnishment proceedings against the Commonwealth-
Commercial State Bank, which disclosed an indebted-
ness to the city of Detroit in the sum of $1,465,987.
The only question is whether garnishment proceedings
will lie.   The rule in this State is fixed by statute
(3 Comp. Laws 1915, § 12970).   The method of collect-
ing judgments against cities is by mandamus to compel

the proper city authorities to spread the tax to pay them. *Griswold* v. *Common Council of Ludington,* 117 Mich. 317.

Judgment is reversed.

FEAD, C. J., and NORTH, FELLOWS, WIEST, CLARK, MCDONALD, and SHARPE, JJ., concurred.